Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

_Augusta_ Division

2017 DEC -4  A 9: 35

CLERK_____
SO. DIST. OF GA.

Case No. **CV117 - 0168**

_(to be filled in by the Clerk's Office)_

Garratt Eugene Royalty

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Alfonzo Williams - John H. Bush
Chester. V. Huffman - Cassandra Haynes
Sgt. Wright  L.T. Day.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — GArratt Eugene Royalty

All other names by which you have been known:

ID Number — 105935

Current Institution — Burke county JAil

Address — # 225 Hwy 24 south

WAynesboro         GA       30830

| City | State | Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — Alfonzo Williams

Job or Title (*if known*) — Sheriff

Shield Number

Employer — Burke county sheriff office

Address — 225 Hwy 24 south

WAynesboro         GA       30830

| City | State | Zip Code |

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2

Name — John H. Bush

Job or Title (*if known*) — MAJor

Shield Number

Employer — Burke county Detention Center

Address — 225 Hwy 24 south

WAynesboro         GA       30830

| City | State | Zip Code |

[✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name      *CHester V. Huffman*
    Job or Title *(if known)*    *MAJOR*
    Shield Number
    Employer      *Burke County Detention Center*
    Address      *225 Hwy 24 south*

*( See Attached )*
*Defendants 5, 6*

*Waynesboro*    *GA*    *30830*
         City      State      Zip Code
    [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name      *CASSANDRA Haynes*
    Job or Title *(if known)*    *CAptain*
    Shield Number
    Employer      *Burke County Detention Center*
    Address      *225 Hwy 24 south*

*Waynesboro*    *GA.*    *30830*
         City      State      Zip Code
    [✓] Individual capacity    [✓] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Due process, Equal protection LAW,*
*8th, 5th + 14th and Amendments / Artic(1) Civil Rights*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendants No 5.

Name              Sgt. Wright.
Job or title        Sgt. at B.C.D.C
Shield No.
Employer          Burke county Detention Center
Address           225 Hwy 24 south
                  Waynesboro GA. 30830

          ☑ INDividual Capacity   ☑ Official Capacity

Defendant No. 6.

Name              lieutenant DAy
Job or title        lieutenant at B.C.S.O.
Shield no.
Employer          Burke county Sheriff office
Address           225 Hwy 24 south
                  Waynesboro GA 30830

          ☑ INdividual CApacity   ☑ Offical CApacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*All 6 defendents listen acten under color of law By Giving away my ⊕ S.U.V. AND covring up the Truth and allowing me to press charges. on Not.↑ (Sgt. Wright)*

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee

- [ ] Civilly committed detainee

- [ ] Immigration detainee

- [ ] Convicted and sentenced state prisoner

- [ ] Convicted and sentenced federal prisoner

- [ ] Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*On OcT 24th 2017 at the Burke County Detention Center.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Oct 24th 2017

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress, Depression, anxiety that was what I seen nurse kristyal Johnson on the 6th of Nov. 2017. AND shee said all These should be understood Due to what B.C.D.C. HAD Done to me. (giving away my S.U.V.)

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Make the Defendents pay for my S.U.V. all my belongings lost my pain and emotional stress Due to there unprofessional actions.
TOTAL: $60,000.00 S.U.V. + Belongings
punitive damages $20,000.00 emotional stress
$80,000.00 to be paid by defendents at B.C.D.C.

Statement of Claim D.                    (1 of 3)

I was Arrested on Oct. 22ed 2017, My Plaintiff was (Mrs. DANN) on Oct 24th 2017, Mrs. DANN Came to Burke County Detention Center, and ask could she get the keys to my S.U.V. Sgt. Wright Came to A-Block-105 AND Ask me could mrs. DANN have the keys? At this question I Respond I know the Motel will tow my S.U.V. Shes my plaintiff and tell her I Love her ("I Never Gave him permission,") I Never Signed a property release form — I Did NOT WANT Mrs. DANN to have my S.U.V. She had me locked-up. Well on Oct. 30th 2017 I found out from my mim. That Mrs. DANN was Driving My S.U.V. At this point I started filing Grievances and requesting to press Charges on Sgt Wright for Theft by taking/Theft by Desposition — On Nov 2ed 2017 Sgt Wright Came to A-Block-105 and pulled me out in the Hall Where no CAMARS or people could here and Shook a Grievance in my face and told me I Did give him permission — I Told him NO I Didn't and if the person whom locked me up Came to get the keys and he was in my place Would he give them he said NO. AND I informed him inorder to release any property at B.C.D.C, We had to Complete a (property release form). he then walked up on me, got in my face and said I was nothing but a (Fair/Carnival Guy) AND it Didn't matter!! I then Came back into Dorm and Wrote about this on the (Inmate InBox kiosk.) On Nov 7th 2017 Sgt Wright Came back to A-Block 105 and took me to Major Bush office Where Cpt. Haynes was also I explained what had happened and What I Wanted My S.U.V. all my belongings and to press Charges on Sgt. Wright for Theft by Taking/Theft by Despositeen On Nov 8th 2017 the investigater from Burke Countys Sheriffs office Called me up and explained all this to him We contacted mrs. DANN through (FACEBOOK) then Called. she stated she had my S.U.V.

— CONT —

Cont.

AM) Did she need to leave it at the Albany Fairgrounds? investigator said no. after the call he told me my S.U.V. had been Reported stolen through the N.C.I.C. Then I was sent back to the Dorm.

Well After all this going on in my life I couldn't sleep, couldn't eat and sat on my bunk cring because my S.U.V. was all I had to my name all my Worldly belonging was inside it was the last thing my Dieing Mom helped me get and now it was all gone. So I Requested to see medical, Nurse Kristyal Johnson told me all this was normal due to what B.C.D.C. had done to me, No one calls me by name all staff and C.O.'s call me the (Fair/Carnival Guy) that belittles me like I'm below them because of my Job.

On Nov 7th Sherriff Alfenzo Williams came to A-Block I requested to press charges on Sgt Wright and ask when was they going to Get my truck. he stated I don't have the time fer this Now.

On Nov 14th 2017 LT. Day came to A-Block and I requested to press charges on Sgt Wright and he said ("oh the Fair Guy right") and walked away.

On Nov 15th 2017 Major Huffman came to A-Block I Ask him could I please speak with him? he responed ("he didn't want to talk to me") he knows my problems ...

Everyone has discrimited against me because I work for the Fair.

Everyone listed in my Claim has done nuting

Cont.

Cont.

Nothing but cover up the truth. Sgt. Wright gave away my S.U.V. without my verbal or written permission, and no-one wants to allow me to press charges against him. Its been a month, <u>No</u> S.U.V., <u>No</u> relief, <u>No</u> one even respects <u>my Rights</u>.

Thank you for your help.

Garrett Eugene Royalty

Garrett Eugene Royalty

B. C. D. C.
225 Hwy 24 South
Waynesboro GA 30830.

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Burke county Detention Center.

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Due process, Equal protection laws.
7th 5th + 14th amendments.
Artrcl(1) Cuvul Rights

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

On the kiosk Box. (Inmate InBox)

2.   What did you claim in your grievance?

That my S.U.V. WAS Given away without my Permission, AND That I WANted to press charges on Sgt. Wright whom Released my keys.

3.   What was the result, if any? "Nothing," No S.U.V. Returned or Charges pressed on Sgt. Wright.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I've filed to Both MAjors, Captain, sheriff office, and spoke to MANy CO.'s from Oct 30th til Nov. 20th 2019. No-one has done anything to reslove the Issue.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

　　1.  If there are any reasons why you did not file a grievance, state them here:

　　　　N/A

　　2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

　　　　N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Exhibit (A) (See attached) to Defendents Grivenaces, Request, from (Inmate IN Box) oct 30th - Nov 26th 8-pages total 2017

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Exhibit (A) —(Section G)
INmate INBOX Grevienes (1 of 8)
CAPTin Haynes  AND Request:

On 11-2-17 at 1:34pm I GARRATT RoYelly wrote to captin haynes stating I've written grievences on my truck keys being released without my Premission so they said I gave sgt wright verble concent??? that's b.s. I would not release anything to my Pleintiff!! the legel way to release anything is to sign a release form. I never signed anything. As A matter of fact according to the Jail rules and regulations a few of my rights have been overlooked such as A Phone call when I come in, being able to see my citations, or filling out a visitation list. I know I'm not from GA, but rules and regulations are set for a reason. I know that theres a no contact in Place so the dePuty's told me after my arrest so therefore why would she be able to get anything. Also I was told that just one item couldn't be released, all my ProPerty had to be released so I told sgt. wright let me sleep on it, and now I have no truck, no belongings and still haven't spoken to enyone about rePorting my truck stolen.

On 11-2-17 caPtin Haynes responded as marked closed. 11-2-17 at 9:16 pm

Also on 11-2-17 at 7:14pm I wrote at 6:53pm sgt. wright called me outside in the hallway and I felt like he was trying to cohorse me into saying I gave him Permission to release my ProPerty to Priscilla DAnn by intimidating me with his demeanor, he kept demanding that I lower my voice when I was not louder or disResPectful in any way, he also implied that I had contacted Ms Dann over the Phone and told her to come get my ProPerty which is false. On 11-3-17 this was marked as recieved by staff At 11:95 Am

On 11-00-7 ms Haynes called me into her office tryied to contact Ms. Dann and SAmantha broke over the Phone I gave gave her my Phone NuMber 859 363 3905 my mothers # 502 320 4288, samantha broke 855 757 8734 and I had Ms. Daws # backwords but I gave her 217 520 5914 but it her found out it was 217 520 1954 nobidy Awnserd enl numbers

On 11-13-17 at 10:02 Am I wrote on 11-00-8 I sPoke to the investergator in your office, we located my vehicle in albeny, GA now its Nov 13 my vehicle is still missing I feel that this Jail staff and the officers of B.C.S.O. and the investegator is Just blowing me off, the investergator stated my vehicle was rePorted stolen in A date base to be Pulled over. Ms. DAnn Told him She could leeve the vehicle somewhere to be towered  contr→

CAPTin HAYnes                                                    (2 of 8)

cont → 11-13-17 at 10:02 Am    he told her no dont do thAT, then Asked if She was comming to court which is irrelevent to the matter at hand. MS. DANN hAs no D.L. and An outstanding warrent in Decator IL. for I think DUI. Now if my truck was reported Stolen in A data base why hasnt Stg. Wright been Arrested for Theft by taking of A motor vehicle he's the one thAt took the key From my Property. Also I feel the investagator should have hung up the Phone then contacted Albany Police or GA State Police to go get my vehicle right then, thAt's whAt A Normal Person would have done. My constitutional rights have been violated more than once here At b.C.D.C. by StAFF AND by b.C.S.O. , I demand thAt the Sherriff bring me the PaPerwork to file for a arrest warrent on this. Its been 21 dAys Now thAt my Truck hAs been gone, found for 5 dAys, and still not here on Nov 11 I Asked mAjor Bush if they sent someone After my truck, He stated I thought She wAs to bring it back. Now with no D.L. that would be against the law as well. I'm filing A law suit on all this as we speak its Not MS.DANNs Place to bring the truck back since its gone due to StAFF Neglegence.    As of Nov 19 no rePly to this messSge from captin HAynes, on 11-20-17 captin hAyhes replied this matter was handled by CID. 11-20-17 I replied no it hant my truck isnt here ≥ General grievences  → and I levent been able to Press charges HAPPY holidy

   On 10-30-17 at 9:46 Pm I GARRATT RoyAHY wrote  I would like to speak to someone about my truck keys being released without my Permission. It wAs released to Priscilla DANN, which there is a no contact in effect, my mother has also contacted b.C.S.O. to report my truck stolen. They told her that on officer would come to the Jail TALK to me that was Thursdy or Fridy, since then ms. DANN hAs left the county with my truck with the fair in which we both worked at now uPon my release I have nothing, all my belongings were in my truck includeing Phone n clothes, to my truck is the last thing my mom has and will buy me she has lung cancer n has had 5 strokes, so the Truck hAs centimental value thet cant be rePlaced... thank you
on 11-1-17 at to 84. On 11-1-17 at 10:34 Am messSge merked recieved. n closed
   on 11-1-17 at 5:38 Pm I wrote today has been a week it shows that the Staff has looked at my greivences but still nobody has talked to me about the Staff illegally giving my Personal belonging away without me signing Anything giving my Permission to do so. my mom in KY has also contacted Burke county Sherriff office and rePorted my truck stolen... the key is listed in my intake Property and now its not there, Its the Jail Policy to sign Prelease anything in which my signature isnt on anything therefore it falls... contin...

General Greivence                                    (3 of 8)

On 11-2-17 at 9:42 am   Staff responded I spoke with Stg. Wright, who informed me that he spoke with you on October 24th in reference to to releasing your Personal Property to Ms. Priscilla Dann. He stated that you gave him (verble) permission for this individual to have your key (to your vehicle) in order to move it so that it wouldn't be Towed.

"On 11-8-17 at 10:04 Pm I wrote  I need to know why Stg. Wright has not been charged with theft by deception for releasing my truck without my Permission or written consent?? I feel you are violating my rights due to the fact i'm an inmate.?? If the tables were turned I would have been arrested 14 days ago... But your not doing Anything but putting off the facts. He didn't follow S.O.P. and neigther has the Sherr. ffs office This has caused Problems to everone in my Family and caused me mentel stress and my Plaintiff whom wasn't med at me and whom called and told sherriffs dept. she didn't want to Press charges or comming to court, Now is Angry and never wants Anything to do with me because she thinks I took the truck to get even but thats not the case, She ~~wasted~~ should have never been allowed to leave with it. She has No D.L. and Now because of Stg. Wrights ~~.~~ Neglegence and ~~the~~ my lack of getting Anything done To whose responsible, My whole life has been Turned upside down. I want someone held responsible and to Press charges. My Family and I are Suffering because of Burke Co. officers actions. Thank You

On 11-10-17 at 6:37 Am   Staff noted message recieved And Matter To T CID for review

On 11-17-17 at 6:13 Pm  I wrote I dont understand why I haven't been able to Press charges on Stg. Wright everone says its a internel Problem... Well the investigator told me on 11-8-17 he had reported my truck stolen through NCIS data base ~~that~~ Well if its stolen then there was a crime comited!!! and Stg. Wright did the crime, he took my key without my Permission!! Stop covering up the truth its been a month now my truck has been Stolen by B.C. D.C. Co. Stg. Wright, I've been Sending request, grevences, and messeges to investigators... Now You As A whole have violated my civil, and constitutional rights to cover what your staff has done, You have Stolen, caused mentel stress Suffering and ect. I need Justice so I'm writing to the U.S. district court filing A U.S. 42 1983 form sending a discovery to dept. of Justice and whatever else needs to be done OR you can do whats right!? get my truck here now, OR write me A check for my truck and belongings~~.~~ Arrest Stg. Wright?? You need to let me know something ASAP. 72 hours!!!

Major Bush continued                                (4 of 8)

On 11-13-17 at 10:59 Am  I GARRATT ROYALTY spoke to you in the hallway Nov 11, 2017 I asked if they had sent someone to get my vehicle, You said you thought Ms. Dann was to bring it back I feel its not her place She has No D.L. and wouldn't have it if Stg. Wrights Neglegence of S.O.P. wouldn't have took the key From my Property and gave it to her, my truck was found in Albany, GA on Nov 8, 2017 now its the 13th and still no vehicle, I demand to speak with sherriff Williams and went to Press Charges to the fullest on this matter my constitutional rights have been violated,

So far no response from Major Bush  Nov 18, 2017


Major Hoffman

On 10-30-17 at 9:18 Pm  I GARRATT ROYALTY wrote  hi I am writing You to see about my Property that has been apperantly been released without my Permission. The item is the key to my 1996 FordeyPberra. It was apperantly released to to the victim/Plaintiff in my case my g.f. Ms. Priscilla Dann. I have not signed any release forms nor gave anyone the ok. Stg. Wright said she was my wife and wanted my things I toled him to let me sleep on it??? Why does she have my things?? and now left state?? my mom has also contated the burke County Sherriffs office to report it stolen and they said they would send a deputy to talk to me?? That was 4 del's ago?? Some one owes me a truck, Phone, everything I own!!! I work for the fair and travel from state to state now I'm lockedup on some b.s. and B.C.S.O. has givin away all my things to my Plaintiff??? I need to speak to Someone ASAP


On 11-2-17 at 7.28 Pm  I wrote  At 6:53 Pm Stg. Wright came and pulled me out into the hellway to try and coherse or intimside mee into saying I gave him Permission to release my Property to Priscilla Dann I felt intimdated by his demenor and actions, There were no cameras he kept demanding that I lower my voice when I was neither loud nor disrespectful he also implied that I had instructed ms Dann to come retreave my Property which is false


On 11-7-2017 at 6:59 Pm  I wrote  Im writing You to see why nobody has come to talk to me about my vehicle that Stg. Wright gave away to ms. Priscilla Dann my now ex gf. and Plaintiff on the charges im being held for I've written greivances and no response except for Stg. Wright Taking me in the hall and Trying to intimidate me into saying that I gave him verible Permission to release

cont→

BC.D.C. Nurse

BCDC Nurse sick call on 11-4-17 I wrote I would like to see
a nurse or dr. I've not been sleeping well At night, I've been emotionaly
stresed and having anxiety and Paranoid effects due to worrying of something
Terribly heppening to my truck or anyone in my vehicle such As if an accident
would heppen and it felling back on me due to the fact that my vehicle was
relesed from this facility without my written concent to A Person with no
Drivers license.

On 11-6-17 at 2pm the Nurse Christy Johnston seen me and Stated
that wasnt a resson to see mental health or a nurse but THAt I had
A legitimate resson to be stressed and worried And She would write
whomever to do something About the situation.

MAJor Bush

On 11-4-17 1:30pm I GARRATT RoYAlTY wrote I'm writing You
since the inmate kiosk wont let me write anyone else or even a general
greivence. I am requesting all documents and forms for the administrative
remedys program. according to the IGP, doctrine 4040, 4041, also forms 2123
according to the lawbooks are the last steps I need to recieve releif for my
Property damage ~ loss which is worth $20,000 dollers or more worth of
Property that Stg. wright relesed without my written Permission when
he relesed my truck key to someone that there is A no content on TV.

On 11-7-17 at 7:13pm I wrote I'm writting You to see why I havent
heard from anyone about my vehicle that Stg. write gave to my ex
girlfriend MS. DAnn without my written concent. I would like to Press
charges on this matter, MS. DAnn has no D.L. and if You look at the Paper
work she was relesed my Property without my concent I havent signed
anything but according to Stg. wright the night he took me in the
hallwey to intimidate me into saying I gave him verble concent in
which I didn't, she only has a KY ID now shes in fl. with my truck
and all my belongings in which value at over 15,000 dollers I'm locked up
for two broises in which she already had before the date in which the
statement was made and she has since contacted the b.c.s.o. and
stated she's not comming to court but with that said I demand that
charges be Pressed on Stg. wright for his neglegence of following
Standard oPPerating Proceedures and relesing my Property without my
written Permission

Burke Co investiget

on 11-6-17  9:47Am   I GARRATT ROYALTY wrote
I garratt Royalty ara requesting to Speak to An officer and demend
that Charges be Pressed on Priscilla DAnn and Stg. Wright. Stg.
wright wrongfully gave ms. DAnn my vehicle, but she has no drivers
liscence and has left the state of GA. I beleive she is in hillsboro
county FL staying on nondyAve. and vern St. in Gibsonton FL.
She sometimes works at the Showmans club on river view dr. I
have been asking to speak to an officer now for two weeks she has no
drivers liseme and Im scered something tragic mey happen

on 10-27-17 at 1:37Pm  I GARRATT ROYALTY  wrote  hi my TRuck Key
vcs released to Priscilla DAnn on ved 10-24-17 She is Why Im in
here, there is Ano contact order she was soposed to bring my Truck to the Jail
She works At the feir and will be leaving town SAt. or Sun. morning
I want to report my 1996 green ford explorer stolen... Priscilla Dann
has no liscence. The fairs next stop is Tiffton, GA nobody At the feir
has my Premission to be in my vehicle

11-10-17 7:55Am Posted by STAFF see other message
11-7-17 6:51pm  I wrote  I am wondering why I Still havent
heard from anyone Pertaining to my request to speak to a officer about my
ford explorer being released to to my now ex girlfriend the Plaintiff in my
case ms Priscilla DAnn by Stg.wright without my Permission. On Nov 7
at around 7.25pm the sheriff and four officers were in the hollwey I
asked for A min. of his time and was ignored. I demend that Charges be
Pressed or brought uPon stg. wright for just giving my vehicle Awey.

On Nov 8, the investegate Along with deputy thomes brought me into
CAptin haynes office at the Jail the investegater told me that my Truck had
been reported and stolen and to be Pulled over. he then logged into my F.b.
Account talked to ms. Priscilla DAnn and sent wallace stukkonily s messsge
he talked to ms DAnn the truck was in Albeny gA she stated over the Phone
she could leave it to be towed, that investegater told her No Dont do that
then she admitted the vehicle was registered in my name then he Proseeded
to Ask ns DAnn if she was comming to court in my case.
on 11-10-17 at 7:59pm The response was MR.ROYALTY,ss you are aware I spoke to you
about this already so I will be closing this request.

Burke Co investigator   Continued   Page 2.

On 11-13-17 at 10:38AM  I GARRAD RILEY wrote we spoke on Nov 8
and basically Yall, the STAFF At the Jail and the B.C.S.O. are blowing
smoke up my rearend and doing nothing about my vehicle or Stg. Wright.
Now my vehicle has been missing for 21days and nothing is being done to
regain it or Stg Wrights who's neglegence of S.O.P. HAS given my vehicle
away to A Non liscenced driver who has an outstanding warrent in Decetor Fl.
for DUI, On Wed Nov 8 I spoke then investigator who told me my
vehicle was put ine data base to be Pulled over as stolen. then he logged into
my FB Account, contacted ms. Dann about my vehicle, she stated she could
lesue it somewhere to be towed in Albany, GA. he told her no dont do that
then Asted her if she was comming to court which really was irrelevent
to this matter, but since she didint do Anything wrong in Abtaning the
vehicle from the b.c.d.c. it was an internal investagation she could bring
the vehicle when she come to court n figure it out. It was Stg. Wrights
Neslegence that released my vehicle so I Still havent been able to Press
any Charges.
   On 11-15-17, at 3:31pm The STAFF or investagator responded
That there is no violation of criminal law sir. Just A Policy
Violation that is being addressed.

On 11-17-17, at 2:19pm  I then wrote  the Policy violation caused
a violation of the law by my personal vehicle being given away. There-
for I wants to Press charges to the fullest whether I have to Press
Charges on Stg. Wright, and MS. Dann who has my vehicle without A
drivers liscence. Also when you located my vehicle on Nov 8 you should
have contacted Albany Police to retrieve my vehicle then. So with this
Said i've contacted the GBI and department of Justice in Pennsiuanis I
want to sign a warrant ASAP my Constitutional rights have been violated
   On 11-20-17 at 10:13 pm  message was marked received.

Major Huffman

11-7-17 continued → my property. I have written the district courts, asked to speak to investigators. Now after two week of nothing I demand that charges be pressed on this matter. My mother has called the B.C.S.O. and an officer told her that they would be here to speak to me on this that's been two weeks now and nothing. I'm here because me and Ms. Dann was arguing at the motel. We had been together for 5 yrs. They charged me with aggravated assult and sexual battery when really it should have been domestic violence but anyways my 1996 ford explorer keys that Sgt. Wright gave to Ms. Dann who has no D.L. without my written concent or following the Jail's S.O.P.

On 11-13-17 at 10:28 Am I GARRITT ROYALTY wrote on NOV 8 I spoke to the investigator n basically the Jail n B.C.S.O. are blowing smoke up my ass and doing nothing about my truck or Sgt. Wright now my vehicle has been missing for 21 days, nothing has been done to regain it or Sgt. Wright's whos neglegence of S.O.P. has given my vehicle away to A non-licensed driver who has An outstanding warrent in Decator IL. for DUI, I spoke to the investigator NOV 8 who told me my truck was puting in a data base to be pulled over as stolen so why wasnt Sgt. Wright been charged.

As of Nov 18 no responce from major Huffman

On 11-19-17 at 10:20 Am major Huffman finally responded to me on what I wrote him he states "You did speak with an investigator. The matter has been reviewed. Any internal ~~SOP~~ disciplinary action will not be information. You are privliged. Any complants or concerns regarding your missing vehicle should be addressed to the investigator. ~~Either letter~~ Either write him A letter (no stamp required) or reach out by using the "contact an investigator" tab on the inmate messsying system. Finally Please refrain from using impolite language on this system.

Also on 11-19-17 major Huffman finally responded to my messages from 10-30-17 which were write to contact him since that date he only responded to the messages on 11-13-17, on 11-19-17, 11-7-17 and 11-2-17 on 11-19-17 in which he marked as closed.

Now on 11-19-17 At 2:47pm major Huffman finally marked my 10-30-17 messages to him as closed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

☐ Yes

☒ No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.    Parties to the previous lawsuit
        Plaintiff(s) _____
        Defendant(s) _____

     2.    Court *(if federal court, name the district; if state court, name the county and State)*
        _____

     3.    Docket or index number
        _____

     4.    Name of Judge assigned to your case
        _____

     5.    Approximate date of filing lawsuit
        _____

     6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

     7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
in your favor? Was the case appealed?)*

        _____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
imprisonment?

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   November 23rd 2017

| | |
|---|---|
| Signature of Plaintiff | Garatt E Royce |
| Printed Name of Plaintiff | GArratt Eugene Royalty |
| Prison Identification # | 105935 |
| Prison Address | 275 Hwy 24 South |
| | Waynesboro          GA.        30830 |
| | City                State      Zip Code |

### B.     For Attorneys

Date of signing:   _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
                          _____
                          City        State    Zip Code
Telephone Number          _____
E-mail Address            _____

Garrett Royalty
C, D.C.
Hwy 24 South
mes boro GA
30830

Clerk, U.S. District Court,
P.O. Box 1130
Augusta, Georgia
30903

